# Court of Appeals
# of the State of Georgia

ATLANTA, March 24, 2014

*The Court of Appeals hereby passes the following order*

## A14I0142. HARTFORD FIRE INSURANCE CO., AS SUBROGEE OF RISK SERVICES CORPORATION et al. v. ANGELS LINEN & DRYCLEANING SERVICE, INC..

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2011CV02592



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, March 24, 2014.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*